

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-19-00626-CR

Vance Lee **MASTERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1989
Honorable Rex Emerson, Judge Presiding

# O R D E R

The appellant's Motion for Extension of Time to file Brief is hereby GRANTED. The appellant's brief is due on March 6, 2020. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court